### 37180. TISON v. TISON.

MARSHALL, Justice.

This is an appeal from a judgment awarding custody of the parties' three minor children to the appellee husband. The appeal must be dismissed for failure of the appellant wife to file an application to appeal, as required by Code Ann. § 6-701.1 (a) (2).

*Appeal dismissed. All the Justices concur.*

DECIDED MARCH 3, 1981.

*Rogers & McCord, John D. McCord III, John R. Rogers,* for appellant.
*Norman Jewel Crowe, Jr.,* for appellee.